# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Marco Ganan Bagua,<br><br>Petitioner,<br><br>v.<br><br>Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, David Easterwood, Joel Brott,<br><br>Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 25-cv-4545 NEB/DTS |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED as follows. G.B.'s detention without an individualized custody determination violated the Immigration and Nationality Act and the Due Process Clause of the Fifth Amendment;

2. Within **seven days**, Respondents must either provide G.B. a bond hearing or release G.B.;

3. Within **fourteen days**, the parties shall advise the Court whether additional proceedings in this matter are required; and

4. The motion for a TRO (ECF No. 3) is denied as moot.

Date: 12/18/2025                                                                                         KATE M. FOGARTY, CLERK